**Order entered April 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01658-CV
No. 05-14-00060-CV

**SULMA GONZALES, Appellant**

**V.**

**THE DALLAS COUNTY APPRAISAL DISTRICT, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

On the Court's own motion, we **ORDER** the appeal docketed as appellate cause number 05-14-00060-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-13-01658-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-14-00060-CV to appellate cause number 05-13-01658-CV. Henceforth, all documents shall bear appellate cause number 05-13-01658-CV.

Appellant is a pauper and, therefore, allowed to proceed with the appeal without advance payment of costs. The reporter's record is past due. Accordingly, we **ORDER** Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file, **ON OR BEFORE MAY 1, 2014**, either: (1) the reporter's record; or (2) written documentation that

appellant has not requested the reporter's record. *We caution appellant that if the Court receives written documentation of no request, the Court will order the appeal submitted without a reporter's record. See* TEX. R. APP. P. 37.3(c)(1).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Sheretta Martin, appellant, and all counsel of record.

/s/    ADA BROWN
            JUSTICE